# Court of Appeals
# of the State of Georgia

ATLANTA, January 19, 2022

*The Court of Appeals hereby passes the following order*

## A22I0104. WENDY J. KATZ, DDS, INDIVIDUALLY AND d/b/a INNOVATIVE ORTHODONTICS v. JENNIFER CATRINI.

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20A4688



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 19, 2022.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*